# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com

 PRINT THIS

Powered by  Clickability

Jul. 21, 2010
Copyright © Las Vegas Review-Journal

## EDITORIAL: It's the jobs, stupid

### Despite rhetoric, whatever Harry's doing isn't working

One of Sen. Harry Reid's campaign bragging points (there aren't many) is that he twisted the arms of the various banks involved in financing the $8.6 billion CityCenter project on the Las Vegas Strip in the spring of 2009 to extend further credit to the venture after one of its developers -- and Sen. Reid's top campaign contributor -- MGM Mirage asked him to do so.

At the time, Meredith McGehee, policy director at the Campaign Legal Center and an expert on Senate ethics, told The Associated Press she didn't believe Sen. Reid broke any ethics rules, but said the senator (who declined to name the banks he called) should be transparent about the calls to avoid perceptions that he inappropriately pressured bankers.

Asked if she, as a senator with regulatory power over financial institutions, would have made such a call, GOP candidate Sharron Angle recently said on a local radio station, "No, I would not. You know the reason is because he may have saved jobs in CityCenter, but he actually cost jobs in other parts of the city. ... The issue here becomes bailouts, right? And stimulus. We want something that is not going to bail out and stimulate, what we want is deregulate, lower taxes, give businesses some breathing room to do what they do best, which is create jobs. And just shuffling these, if you will, the deck chairs on the Titanic is not going to solve the problem. ... What we really need is real jobs, permanent, full-time jobs with a future. And that can only be provided by the private sector, government does not provide jobs."

The Reid campaign has criticized that statement, calling it both "incoherent" and "unbelievable" -- and a Reid campaign ad hammering Ms. Angle implies she said she would do nothing as a U.S. senator to try to save local jobs.

But Sen. Reid and his party have been in charge of Congress for three-and-a-half years -- the entire duration of the current economic downturn. If Sen. Reid disagrees that it's the job of the private sector to create jobs, if he still believes, after nearly three years of failure, that the answer is instead to tax the heck out of whatever struggling businesses are still standing in order to pour more "stimulus" cash into boondoggles favored by his backers, the unions and the eco-extremists, then he must take credit for the results.

And what are the results?

Nevadans learned Monday that the state's unemployment rate set a new record in June, hitting 14.2 percent statewide with 193,300 Nevadans officially out of work and still looking for a job. The Southern Nevada rate jumped from 14.1 percent to 14.5 percent.

Add in discouraged workers and those who've lost their homes and jobs and simply walked away, and you could probably double those numbers. Worse, total employment decreased by 1,400 jobs, in a month that's usually strong.

Looking past the half-truths in the Reid "job" ads, Ms. Angle is correct: The government doesn't create jobs, the private sector does. Harry Reid now leads Barack Obama's all-out assault on that very same private sector -- and yet gropes about like a toddler in the dark when trying to explain why the economy continues to tank.

Ms. Angle, on the other hand, offers a lower tax, free market approach, mirroring the presription Ronald Reagan imposed early in his presidency which eventually triggered one of the greatest periods of growth the country has ever seen.

If Mr. Reid doesn't like Ms. Angle's proposals, we'd be tempted to ask what the Reid-Obama plan is to bring back jobs, tourists, prosperity and cash-flow to Southern Nevada.

Unfortunately, we're afraid we may already have seen it.

**Find this article at:**
http://www.lvrj.com/opinion/it-s-the-jobs--stupid-98906124.html


☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2





**$2,685,426.24**

# It's the jobs, stupid: Despite rhetoric, whatever Harry's doing isn't working

*Original Source: Las Vegas Review-Journal*

**JUL 21**  One of Sen. Harry Reid's campaign bragging points (there aren't many) is that he twisted the arms of the various banks involved in financing the $8.6 billion CityCenter project on the Las Vegas Strip in the spring of 2009 to extend further credit to the venture after one of its developers -- and Sen. Reid's top campaign contributor -- MGM Mirage asked him to do so.

At the time, Meredith McGehee, policy director at the Campaign Legal Center and an expert on Senate ethics, told The Associated Press she didn't believe Sen. Reid broke any ethics rules, but said the senator (who declined to name the banks he called) should be transparent about the calls to avoid perceptions that he inappropriately pressured bankers.

Asked if she, as a senator with regulatory power over financial institutions, would have made such a call, GOP candidate Sharron Angle recently said on a local radio station, "No, I would not. You know the reason is because he may have saved jobs in CityCenter, but he actually cost jobs in other parts of the city. ... The issue here becomes bailouts, right? And stimulus. We want something that is not going to bail out and stimulate, what we want is deregulate, lower taxes, give businesses some breathing room to do what they do best, which is create jobs. And just shuffling, if you will, the deck chairs on the Titanic is not going to solve the problem. ... What we really need is real jobs, permanent, full-time jobs with a future. And that can only be provided by the private sector, government does not provide jobs."

The Reid campaign has criticized that statement, calling it both "incoherent" and "unbelievable" -- and a Reid campaign ad hammering Ms. Angle implies she said she would do nothing as a U.S. senator to try to save local jobs.

But Sen. Reid and his party have been in charge of Congress for three-and-a-half years -- the entire duration of the current economic downturn. If Sen. Reid disagrees that it's the job of the private sector to create jobs, if he still believes, after nearly three years of failure, that the answer is instead to tax the heck out of whatever struggling businesses are still standing in order to pour more "stimulus" cash into boondoggles favored by his backers, the unions and the eco-extremists, then he must take credit for the results.

And what are the results?

Nevadans learned Monday that the state's unemployment rate set a new record in June, hitting 14.2 percent statewide with 193,300 Nevadans officially out of work and still looking for a job. The Southern Nevada rate jumped from 14.1 percent to 14.5 percent.
Add in discouraged workers and those who've lost their homes and jobs and simply walked away, and you could probably double those numbers. Worse, total employment decreased by 1,400 jobs, in a month that's usually strong.

Looking past the half-truths in the Reid "job" ads, Ms. Angle is correct: The government doesn't create jobs, the private sector does. Harry Reid now leads Barack Obama's all-out assault on that very same private sector -- and yet gropes about like a toddler in the dark when trying to explain why the economy continues to tank.

Ms. Angle, on the other hand, offers a lower tax, free market approach, mirroring the prescription Ronald Reagan imposed early in his presidency which eventually triggered one of the greatest periods of growth the country has ever seen.

If Mr. Reid doesn't like Ms. Angle's proposals, we'd be tempted to ask what the Reid-Obama plan is to bring back jobs, tourists, prosperity and cash-flow to Southern Nevada.

Unfortunately, we're afraid we may already have seen it.





It's the jobs, stupid. Despite rhetoric, whatever Harry's doing isn't working | Sharron Angle... Page 2 of 2

Case 2:10-cv-01511-RLH-RJJ Document 1-1 Filed 09/02/10 Page 6 of 21

Sharron Angle is a former educator, state legislator and small businesswoman. She is married to Ted, and together they have 2 children and 10 grandchildren.

**About Sharron**

# EXHIBIT 3

# EXHIBIT 3

# reviewjournal.com



PRINTTHIS

Powered by  Clickability

Aug. 03, 2010
Copyright © Las Vegas Review-Journal

## Angle: Reid's clout misguided

### Challenger describes what junior senators can do

By LAURA MYERS
LAS VEGAS REVIEW-JOURNAL

Challenger Sharron Angle took aim Monday at one of U.S. Sen. Harry Reid's strongest arguments for re-election, contending that the Senate majority leader's influence has hurt, not helped, the state.

"In spite of what people are saying about this most powerful man, Harry Reid, he has not used his power for our benefit," Angle said in a speech to the Nevada Republican Men's Club.

Angle cited the new health care law, which polls show isn't popular in Nevada with more than half of voters, and hundreds of billions in federal spending that has led to a record $13 trillion national deficit without stopping Nevada's economic slide.

Angle's comments to the friendly crowd of more than 200 Republicans came three months before Election Day as the Tea Party favorite and Reid remain locked in a dead heat for the Democratic incumbent's Senate seat, according to recent polls. The speech, along with her willingness to answer reporters' questions afterward, signaled a new approach of openness by her campaign, which has been accused of ducking the media since her June 8 primary win.

Angle said that as a junior senator she could wield power by joining Republicans to block tax hikes, excess regulation and spending bills, and Supreme Court nominees who don't meet a strict constitutional test, including Elena Kagan.

"There are certain things that can be done just by your junior senator," Angle said, explaining that even if Republicans remain in the minority after 2010, she could filibuster, which allows lone lawmakers to delay legislation through lengthy debate. "I guarantee that I can talk most anything to death."

In TV ads and on the campaign trail, Angle blames Reid for Nevada's record high unemployment, home foreclosure and bankruptcy rates that have spiked in the 18 months since President Barack Obama took office and with Democrats in charge of the House and Senate.

Reid argues, however, that he and the Democrats have staved off a worse recession by passing a $787 billion stimulus bill to save thousands of jobs in Nevada. He also defends the health care law as necessary to stop runaway costs and give the rich, poor and middle class access to insurance.

Reid campaign spokesman Jon Summers answered Angle's criticism by noting the senator is responsible for an energy transmission line between White Pine and Clark counties that "will create thousands of jobs" as well as wind turbine manufacturing facilities that will open in Las Vegas, putting 1,000 people to work. Summers also pointed to $100 million Nevada recently got in federal

funds to help homeowners who were in danger of losing their houses to foreclosure.

"Senator Reid delivers more for Nevada than the rest of the delegation combined," Summers said in a statement. "Any Republican who says Nevada isn't better off because of Senator Reid is either being dishonest or isn't paying attention. Yes, things are tough right now, but they would have been even worse if Nevada didn't have the leader of the Senate fighting for them."

Angle has turned Reid's campaign claim that he's done more for Nevada on its head, saying he has pushed policies that have given the state more unemployed, bankrupt and homeless people.

"It's time to tell Harry Reid to stop doing more. We can't afford it," Angle said.

Angle, accused of avoiding the media, made light of the criticism when she lost her voice and breath for a few moments early in her 20-minute speech.

"I've been running from the press so much," Angle joked after drinking some water, drawing a round of applause and laughter from the luncheon gathering inside Cili Restaurant at the Bali Hai Golf Course south of Mandalay Bay.

Angle said she had done more than 100 interviews in more than 50 days, although she didn't mention that most of them have been with conservative radio and TV programs.

"I've been doing so many interviews. Because of that, I sometimes lose my voice," she said. "One day I did 15 interviews. It does kind of get to your vocal cords."

Instead of avoiding the media after her speech, Angle took questions from several reporters, including from a Japanese newspaper and The New Republic covering the national race.

Asked whether her speech was addressing voters afraid of losing Reid's clout, Angle said that making the case for a new senator is more about telling Nevadans what she'll do if she wins Nov. 2.

"When you talk about what's wrong, people want to know how you're going to make it right," she said, arguing her election would remove the man most responsible for passing Obama's agenda. "The greatest value, of course, for us is that we'll be rid of the policies of Obama and retire Harry Reid."

Angle also took questions from Republicans, including from at least two people who worried that she wasn't responding sharply and quickly enough to Reid's ubiquitous attacks in TV ads.

She said her new media team and the millions she's pouring into her campaign have given her the ability to put up three TV ads in the past few weeks and will let her keep on the air through the fall.

"You'll see them get harder and harder," Angle said of her ads, promising a "vigorous battle."

Contact Laura Myers at lmyers@reviewjournal.com or 702-387-2919.

**Find this article at:**
http://www.lvrj.com/news/angle--reid-s-clout-misguided-99822499.html

Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 4

# EXHIBIT 4



# *Angle: Reid's clout misguided*

**Challenger describes what junior senators can do**

*Original Source: Las Vegas Review-Journal*



**$2,684,506.24**

AUG **03** Challenger Sharron Angle took aim Monday at one of U.S. Sen. Harry Reid's strongest arguments for re-election, contending that the Senate majority leader's influence has hurt, not helped, the state.

"In spite of what people are saying about how powerful Harry Reid, he has not used his power for our benefit," Angle said in a speech to the Nevada Republican Men's Club.

Angle cited the new health care law, which polls show isn't popular in Nevada with more than half of voters, and hundreds of billions in federal spending that has led to a record $13 trillion national deficit without stopping Nevada's economic slide.

Angle's comments to the friendly crowd of more than 200 Republicans came three months before Election Day as the Tea Party favorite and Reid remain locked in a dead heat for the Democratic incumbent's Senate seat, according to recent polls. The speech, along with her willingness to answer reporters' questions afterward, signaled a new approach of openness by her campaign, which has been accused of ducking the media since her June 8 primary win.

Angle said that as a junior senator she could wield power by joining Republicans to block tax hikes, excess regulation and spending bills, and Supreme Court nominees who don't meet a strict constitutional test, including Elena Kagan.

"There are certain things that can be done just by your junior senator," Angle said, explaining that even if Republicans remain in the minority after 2010, she could filibuster, which allows lone lawmakers to delay legislation through lengthy debate. "I guarantee that I can talk most anything to death."

In TV ads and on the campaign trail, Angle blames Reid for Nevada's record high unemployment, home foreclosure and bankruptcy rates that have spiked in the 18 months since President Barack Obama took office and with Democrats in charge of the House and Senate.

Reid argues, however, that he and the Democrats have staved off a worse recession by passing a $787 billion stimulus bill to save thousands of jobs in Nevada. He also defends the health care law as necessary to stop runaway costs and give the rich, poor and middle class access to insurance.

Reid campaign spokesman Jon Summers answered Angle's criticism by noting the senator is responsible for an energy transmission line between White Pine and Clark counties that "will create thousands of jobs" as well as wind turbine manufacturing facilities that will open in Las Vegas, putting 1,000 people to work. Summers also pointed to $100 million Nevada recently got in federal funds to help homeowners who were in danger of losing their houses to foreclosure.

"Senator Reid delivers more for Nevada than the rest of the delegation combined," Summers said in a statement. "Any Republican who says Nevada isn't better off because of Senator Reid is either being dishonest or isn't paying attention. Yes, things are tough right now, but they would have been even worse if Nevada didn't have the leader of the Senate fighting for them."

Angle has turned Reid's campaign claim that he's done more for Nevada on its head, saying he has pushed policies that have given the state more unemployed, bankrupt and homeless people.

"It's time to tell Harry Reid to stop doing more. We can't afford it," Angle said.

Angle, accused of avoiding the media, made light of the criticism when she lost her voice and



**Sharron Angle** on Facebook

[ Like ]

41,226 people like Sharron Angle

Jessica | Shirley | Victor | Michele | Edith

Dee | Kenny | Robbie Ribisi | Michael | Cheri

Facebook social plugin



breath for a few moments early in her 20-minute speech.

"I've been running from the press so much," Angle joked after drinking some water, drawing a round of applause and laughter from the luncheon gathering inside Cili Restaurant at the Bali Hai Golf Course south of Mandalay Bay.

Angle said she had done more than 100 interviews in more than 50 days, although she didn't mention that most of them have been with conservative radio and TV programs.

"I've been doing so many interviews. Because of that, I sometimes lose my voice," she said. "One day I did 15 interviews. It does kind of get to your vocal cords."

Instead of avoiding the media after her speech, Angle took questions from several reporters, including from a Japanese newspaper and The New Republic covering the national race.

Asked whether her speech was addressing voters afraid of losing Reid's clout, Angle said that making the case for a new senator is more about telling Nevadans what she'll do if she wins Nov. 2.

"When you talk about what's wrong, people want to know how you're going to make it right," she said, arguing her election would remove the man most responsible for passing Obama's agenda. "The greatest value, of course, for us is that we'll be rid of the policies of Obama and retire Harry Reid."

Angle also took questions from Republicans, including from at least two people who worried that she wasn't responding sharply and quickly enough to Reid's ubiquitous attacks in TV ads.

She said her new media team and the millions she's pouring into her campaign have given her the ability to put up three TV ads in the past few weeks and will let her keep on the air through the fall.

"You'll see them get harder and harder," Angle said of her ads, promising a "vigorous battle."

Sharron Angle is a former educator, state legislator and small businesswoman.  She is married to Ted, and together they have 2 children and 10 grandchildren.

**About Sharron**

# EXHIBIT 5

# EXHIBIT 5

# *-APPLICATION-*

## Title

**Title of Work:** It's the jobs stupid

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 21, 2010          **Nation of 1st Publication:** United States

## Author

- **Author:** Stephens Media LLC

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com          **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:**  Steven A. Gibson

**Date:**  September 3, 2010

**Applicant's Tracking Number:**  0002077

**Registration #:**

**Service Request #:** 1-481710038

**Application Date:** 09-03-2010 18:15:15

# Correspondent

| | |
|---|---|
| **Organization Name:** | Righthaven LLC |
| **Name:** | Steven A. Gibson |
| **Address:** | 9960 West Cheyenne Avenue |
| | Suite 210 |
| | Las Vegas, NV 89129-7701 United States |

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# EXHIBIT 6

# EXHIBIT 6

*-APPLICATION-*

## Title

**Title of Work:** Angle: Reid's clout misguided. Challenger describes what junior senators can do.

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 3, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com                **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:** Steven A. Gibson

**Date:** September 3, 2010

**Applicant's Tracking Number:** 0002076

**Registration #:**

**Service Request #:**   1-481710012

**Application Date:**   09-03-2010 18:15:04

## Correspondent

| | |
|---|---|
| **Organization Name:** | Righthaven LLC |
| **Name:** | Steven A. Gibson |
| **Address:** | 9960 West Cheyenne Avenue |
| | Suite 210 |
| | Las Vegas, NV 89129-7701 United States |

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States