J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven LLC*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven LLC*
RIGHTHAVEN LLC
Conquistador Business Park
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>             Plaintiff,<br><br>v.<br><br>SHARRON ANGLE, an individual;<br><br>             Defendant. | Case No.: 2:10-cv-01511-RLH-RJJ<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

        Plaintiff, Righthaven LLC ("Righthaven") and Defendant Sharron Angle ("Ms. Angle"; collectively with Righthaven known herein as the parties "Parties"), by and through their attorneys of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against Ms. Angle in the above-captioned matter.

        WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against Ms. Angle with prejudice.

Dated this sixteenth day of November, 2010.

Submitted by:

RIGHTHAVEN LLC                                          SNELL & WILMER L.L.P.


/s/ J. Charles Coons                                    /s/ Patrick G. Byrne
J. CHARLES COONS, ESQ.                                  PATRICK G. BYRNE, ESQ.
Nevada Bar No. 10553                                    Nevada Bar No. 7636
9660 West Cheyenne Avenue, Suite 210                    3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89129-7701                            Las Vegas, Nevada 89169

*Attorney for Plaintiff*                                *Attorney for Defendant*



                                                        IT IS SO ORDERED.

                                                        _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE

                                                        DATED:  November 17, 2010